**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6584**

---

VARNZELL L. JONES,

Plaintiff - Appellant,

versus

FRED GREENE, Warden; OFFICER MINOR, Correc-
tional Officer; SERGEANT GILLIAM, Correction-
al Officer; HERBERT JACKSON, Correctional
Officer,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr.,
District Judge. (CA-97-293-2)

---

Submitted: June 19, 1997        Decided: June 30, 1997

---

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Varnzell L. Jones, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Jones v. Greene</u>, No. CA-97-293-2 (E.D. Va. Apr. 2, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>